**SO ORDERED.**

**SIGNED this 10 day of November, 2014.**



*Austin E. Carter*
**Austin E. Carter**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| In Re:  David Lee Brown, Sr.<br>2060 Herbert Major Road<br>Parrott, GA 39877<br><br>XXX-XX-4955 | CHAPTER 13<br><br>Case Number: 12-11312-AEC |

### ORDER ON TRUSTEES MOTION TO DISMISS

The Trustee's motion to dismiss in the above referenced case having been considered, the same is hereby

DENIED on the condition that the Debtor(s) make all future payments to the Trustee in a timely manner.

Upon failure to strictly comply with any term hereof the Trustee shall advise the Court and the case will be dismissed without further notice or hearing.

END OF DOCUMENT

/s/ Jon DeLoach
_____
Jon DeLoach GA Bar No. 217220 for
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com

```
                         United States Bankruptcy Court
                           Middle District of Georgia
In re:                                                              Case No. 12-11312-aec
David Lee Brown, Sr.                                                Chapter 13
         Debtor                  CERTIFICATE OF NOTICE
District/off: 113G-1          User: dhg                  Page 1 of 2                  Date Rcvd: Nov 12, 2014
                              Form ID: pdfntc            Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2014.
db            +David Lee Brown, Sr.,    2060 Herbert Major Road,     Parrott, GA 39877-5004
10200009      +Badcock Home Furniture & More,    PO Box 1034,    Mulberry, FL 33860-1034
10206918      +Consolidated Loan Co. d.b.a. American Finance Co.,     Home Office - Bankruptcy Department,
                Post Office Box 46,    Albany Georgia 31702-0046
10200012      +Credit Bureau Associates,    321 Main St S,    Tifton, Ga 31794-4897
10200016      +FNCB Inc.,   P.O. Box 51660,    Sparks, NV 89435-1660
10200015      +FNCB Inc.,   Dept. 21377,    P.O. Box 1259,    Oaks, PA 19456-1259
10200014      +First National Collection Bureau, Inc.,     610 Waltham Way,    Sparks, NV 89434-6695
10200017      +Jc&assoc,   1155 Hammond Drive,    Atlanta, GA 30328-5320
10200019     #+Quick Loan Co. of Albany GA,    307 West Broad Avenue,     Albany, GA 31701-2568
10200021     #+Service Loan Company,    101 North Jackson St.,    Albany, GA 31701-2516
10200024      +Terrell Co. Board of Assessors,    PO Box 382,    Dawson, GA 39842-0382
10200025      +Terrell County BOC,    955 Forrester Dr.,    PO Box 525,    Dawson, GA 39842-0525
10206835      +Terrell County Board of Commissioners,     P O Box 525,    Dawson, Georgia 39842-0525
10200026      +Terrell Superior Court,    Janice S. Bryant,    P.O. Box 189,    Dawson, GA 39842-0189
10200028      +Union Credit Corp,    414 N Westover Blvd Ste,    Albany, GA 31707-2102
10200027      +Union Credit Corp,    414 N Westover Blvd Suite A,     Albany, GA 31707-2102
10200029      +Verizon Wireless,    1 Verizon Pl,    Alpharetta, GA 30004-8510
10200031      +Windstream,   Attn: Financial Services,     1720 Galleria Blvd,    Charlotte, NC 28270-2408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            E-mail/PDF: rmscedi@recoverycorp.com Nov 12 2014 17:55:36
                Recovery Management Systems Corporation,    25 SE 2nd Avenue Suite 1120,
                Miami, FL  33131-1605
10200008     +E-mail/Text: amfin2416@yahoo.com Nov 12 2014 17:52:49       American Finance Co.,
                2416 Dawson Rd. Ste. 1,    Albany, GA 31707-2378
10297399     +E-mail/Text: jcap_bnc_notices@jeffersoncapitalinternational.com Nov 12 2014 17:58:47
                COLLECTO US ASSET MANAGEMNT, INC.,    c o Jefferson Capital Systems LLC,    PO BOX 7999,
                SAINT CLOUD MN 56302-7999
10200011     +E-mail/PDF: bk@worldacceptance.com Nov 12 2014 17:55:06       Colonial Fin,   306 West Broad Ave.,
                Albany, GA 31701-2569
10200013     +E-mail/Text: bknotice@erccollections.com Nov 12 2014 17:58:34       Enhancedre,
                8014 Bayberry Road,    Jacksonville, FL 32256-7412
10260499      E-mail/Text: bknotice@crgofusa.com Nov 12 2014 17:58:56
                InSolve Recovery, LLC, c/o Capital Recovery Group,,     Dept 3203,    PO BOX 123203,
                DALLAS, TX 75212-3203
10306721      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 12 2014 17:55:44       Midland Funding LLC,
                by American InfoSource LP as agent,    PO Box 4457,    Houston, TX  77210-4457
10200018     +E-mail/PDF: bk@worldacceptance.com Nov 12 2014 17:55:05       Peoples Finance Company,
                300 W Broad Ave,    Albany, GA 31701-2569
10244501      E-mail/PDF: rmscedi@recoverycorp.com Nov 12 2014 17:55:09       Portfolio Investments II LLC,
                c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Ste 1120,    Miami, FL  33131-1605
10243850      E-mail/PDF: rmscedi@recoverycorp.com Nov 12 2014 17:55:09
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
10200022     +E-mail/Text: bankruptcy@sw-credit.com Nov 12 2014 17:58:32       Southwest Credit Syste,
                5910 W Plano Pkwy Ste 10,    Plano, TX 75093-2202
10200023     +E-mail/Text: bankruptcy@sw-credit.com Nov 12 2014 17:58:32       Southwest Credit Syste,
                4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
10240197      E-mail/Text: legal.bankruptcy@badcock.com Nov 12 2014 17:52:49       W. S. Badcock Corporation,
                Post Office Box 232,    Mulberry, FL 33860
10200010      E-mail/Text: legal.bankruptcy@badcock.com Nov 12 2014 17:52:49
                Badcock Home Furniture & More,    523 Forrester Dr. SE,     Dawson, GA 39842-2044
                                                                                                TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           ++W S BADCOCK,    P O BOX 232,   MULBERRY FL 33860-0232
               (address filed with court:  W. S. Badcock Corporation,    Post Office Box 232,
                Mulberry, FL  33860)
10247250*     ++W S BADCOCK,    P O BOX 232,   MULBERRY FL 33860-0232
               (address filed with court:  W. S. Badcock, Corp.,    P. O. Box 232,    Mulberry, FL  33860)
10247372*     ++W S BADCOCK,    P O BOX 232,   MULBERRY FL 33860-0232
               (address filed with court:  W. S. Badcock, Corp.,    P. O. Box 232,    Mulberry, FL  33860)
10265302*     ++W S BADCOCK,    P O BOX 232,   MULBERRY FL 33860-0232
               (address filed with court:  W. S. Badcock, Corp.,    P. O. Box 232,    Mulberry, FL  33860)
10200020     ##Phoebe Putney Mem. Hosp.,    PO Box 1828,    Albany, GA 31702-1828
10200030     ##+Verizon Wireless,    Department/Attn: Bankruptcy,    PO Box 3397,    Bloomington, IL 61702-3397
                                                                                       TOTALS: 0, * 4, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 113G-1          User: dhg               Page 2 of 2             Date Rcvd: Nov 12, 2014
                              Form ID: pdfntc         Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 12, 2014 at the address(es) listed below:
              David R. Sicay-Perrow    on behalf of Creditor    W. S. Badcock Corporation dsp@sicay-perrow.com,
               srf@sicay-perrow.com
              Judy H. Varnell    on behalf of Debtor David Lee Brown, Sr. varnell9@bellsouth.net,
               kdlamb@bellsouth.net
              Kristin Hurst     ecf@ch13trustee.com,   courtdailysummary@ch13trustee.com
              U.S. Trustee - MAC    Ustp.region21.mc.ecf@usdoj.gov
                                                                                             TOTAL: 4